■ SHIRLEY FASTENBERG, Also Known as SHIRLEY F. SILFEN, Individually and as Trustee for BERNICE SIMON, Suing on Behalf of Herself and the Other Stockholder of ESSBEE ESTATES INC., Similarly Situated and in the Right of

ESSBEE ESTATES, INC., Respondent, v. ESSBEE ESTATES, INC., et al., Appellants.— Orders entered on January 2, 1962 and January 8, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.